BLACK VS. THE CHICAGO & NORTH-WESTERN RAILWAY COM-
PANY.

FORD VS. THE SAME.

The general rule in respect to notices is, that mere informalities do not vitiate them,
so long as the informality does not mislead, and the notice gives the necessary
information to the proper party.

Where a notice of appeal to the circuit court from an appraisal of lands taken for
railroad purposes (which notice was required to be served on the railroad com-
pany and also upon the clerk of the court), was served upon said company and
afterwarks filed with the clerk, and he was made acquainted with its contents:
*Held*, that although the notice to the clerk was informal, it was not error for
the court to refuse to dismiss the appeal on that ground.

APPEAL from the Circuit Court for *Winnebago* County.

Lands of the plaintiffs having been occupied for the defend-
ant's railway, and awards made by commissioners under chap.
137, Laws of 1856, and chap 175, Laws of 1861, the plain-
tiffs appealed from these awards to the circuit court. See sec. 19
of said chap. 137, and sec. 2 of said chap. 175. The circuit
court denied motions to dismiss the appeals; and from these
orders the defendant appealed. The ground upon which the
motions were based, is stated in the opinion of this court.

*S. R. Cotton*, for appellant.

*W. R. Kennedy*, for respondent.

*By the Court*, PAINE, J. In these two cases appeals were
taken from the appraisal of the lands of the plaintiffs, taken
for railroad purposes. And the question presented arose upon
motions to dismiss those appeals because not properly taken. In
the case of Neff against this company, 14 Wis., 370, we held, after
some hesitation, that under its charter an appeal might be ta-
ken by serving a notice on the company and on the clerk of
the circuit court; and the objection made here is that
it was not served on the clerk. The mode of service was by
filing with the clerk, in proper time, the notice of appeal
which was served on the company. It was not addressed to

JANUARY TERM, 1864. 209

the clerk, but was delivered to him, and he was made acquaint-
ed with its contents. The point of the objection is, that this
was not serving a notice on the clerk, but was only leaving
with him a notice that had been served on somebody else.
But this is criticising too acutely for the practical purposes of
the law. The general rule in respect to notices is, that mere
informalities do not vitiate them, so long as they do not mis-
lead, and the notice gives the necessary information to the proper
party. And it would hardly be seriously contended that the
clerk or anybody else could misunderstand the object and in-
tent of filing with him a notice of the appeal served on the
company.

The order appealed from in each case is affirmed, with costs.